O. J. GUDE CO. Appellant, v. FLEISCH-MAN, Respondent. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by the O. J. Gude Company, New York, against Udo M. Fleischman. A. S. Gilbert, for appellant. F. S. Jackson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

O. J. GUDE CO. v. FLEISCHMAN. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by the O. J. Gude Company, New York, against Udo M. Fleischman. No opinion. Motion denied, with $10 costs. Order filed. See, also, supra.

OLCOTT et al., Respondents, v. HELLENIC TRANSATLANTIC STEAM NAVIGATION CO., Limited, Appellant. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by William M. K. Olcott and others against the Hellenic Transatlantic Steam Navigation Company, Limited. A. C. Cass, for appellant. A. W. Bonynge, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

OLDMIXON, Respondent, v. CORN, Appellant. (Supreme Court, Appellate Division, Second Department. May 19, 1911.) Action by Leon Oldmixon against Henry Corn. No opinion. Order affirmed, with $10 costs and disbursements.

OLIVER TYPEWRITER CO., Respondent, v. NASSAU COUNTY REPUBLICAN, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1911.) Action by the Oliver Typewriter Company against the Nassau County Republican. No opinion. Appeal dismissed, with $10 costs and disbursements, because of defect in papers on appeal, in failing to print the affidavit of Raymond Ballantine, verified November 4, 1910, which is recited in the order appealed from. See, also, 128 N. Y. Supp. 1137.

OPPENHEIMER, Appellant, v. VAN RAALTE et al., Respondents. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Louis Oppenheimer against Emanuel Van Raalte and others. J. H. Dougherty, Jr., for appellant. O. C. Sommerich, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

O'ROURKE, Respondent, v. DEGNON ·REALTY & TERMINAL IMPROVEMENT CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1911.) Action by Elizabeth O'Rourke, as administratrix, etc., against the Degnon Realty & Terminal Improvement Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 139 App. Div. 695, 124 N. Y. Supp. 364.

OSBORN, Respondent, v. CARDEZA et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) Action by Ellen C. Osborn against Howard J. M. Cardeza and others. No opinion. Motion for reargument denied, with $10 costs. For former decision, see 128 N. Y. Supp. 1137.

In re OSGOODBY. (Supreme Court, Appellate Division, First Department. May 12, 1911.) In the matter of Alfred B. Osgoodby, an attorney. No opinion. Reference ordered before the official referee. Settle order on notice.

In re O'SULLIVAN. (Supreme Court, Appellate Division, First· Department. May 26, 1911.) In the matter of Michael O'Sullivan, an attorney. No opinion. Application denied. Settle order on notice. See, also, 117 App. Div. 909, 102 N. Y. Supp. 1144; 122 App. Div. 527, 107 N. Y. Supp. 462; 124 App. Div. 922, 108 N. Y. Supp. 1143.

OTIS, Appellant, v. SCHROEDER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 10, 1911.) Action by Charlotte R. Otis against Henry C. Schroeder and another. No opinion. Decision affirmed, with costs.

In re OTIS' ESTATE. (Supreme Court, Appellate Division, Fourth Department. May 10, 1911.) In the matter of the estate of Sarah A. Otis, deceased. No opinion. Order reversed, with $10 costs and disbursements, and motion granted.

OTTINGER v. BENNETT. (Supreme Court, Appellate Division, First Department. June 9, 1911.) Action by Marx Ottinger against John R. Bennett. With this case have been consolidated in this court cases bearing titles as follows: National Park Bank v. Henry B. Billings; William J. Logan v. Greenwich Trust Co.; Manufacturers' Commercial Co. v. August Hecksher. No opinions. Motions granted. Questions certified. Orders filed. See, also, 129 N. Y. Supp. 819.

OVERHEISER, Appellant,· v. LACKEY, Respondent. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Franklin Overheiser against Mary E. Lackey, individually, etc. J. W. Weed, for appellant. W. C. Davis, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

OVERTON, Appellant, v. WYATT, Respondent. (Supreme Court, Appellate Division, Second Department. May 19, 1911.) Action by Winfield S. Overton against George Wyatt. No opinion. Judgment of the Municipal Court affirmed with costs. See, also, 127 N. Y. Supp. 1135.

In re OWENS. (Supreme Court, Appellate Division, Second Department. April 28, 1911.) In the matter of the application of Isaac B. Owens, for admission to the bar. No opinion. Application granted.

PALMER, Appellant, v. BOK, Respondent. (Supreme Court, Appellate Division, First De-